AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| AB Discount Depot LLC and Ahmed Mansha ) <br> *Plaintiff* ) <br> v. ) <br> United States Citizenship and Immigration Svcs. ) <br> *Defendant* ) | Case No. 18-CV-4383 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 08/29/2018

s/Ronald Kish
*Attorney's signature*

SAUSA, Ronald Kish
*Printed name and bar number*

United States Attorne's Office
Eastern District of New York
271 Cadman Plaza, East, 7th fl.
Brooklyn, NY 11201
*Address*

Ronald.Kish@dhs.gov
*E-mail address*

(212) 264-3475
*Telephone number*

(212) 264-6503
*FAX number*